IN RE:

MICHAEL JACQUES JACOBS

DEBTOR

FILED

at 3:41 o'clock p M

APR 09 2019

United States Bankruptcy Court
Albuquerque, New Mexico

No. 19-10685-t13

# MOTION TO SANCTION CREDITOR FOR VIOLATION OF STAY

COMES NOW MICHAEL JACQUES JACOBS, DEBTOR IN SUPPORT OF HIS REQUEST TO THIS HONORABLE COURT TO SANCTION CREDITOR DLJ MORTGAGE AKA DITECH FINANCIAL LLC AND ITS ATTORNEY ROSE L. BRAND & ASSOCIATES PC FOR HARASSMENT AND VIOLATION OF THE AUTOMATIC STAY BY SCHEDULING A FORECLOSURE SALE ON MAY 9, 2019. ON OR ABOUT MARCH 27, 2019, CREDITOR WAS INFORMED OF THIS INSTANT CASE VIA THE OFFICES OF THEIR SPECIAL MASTER DAVID WASHBURN WHO ACKNOWLEDGED RECEIVING THE BANKRUPTCY DOCUMENTS.

THEREFORE DEBTOR RESPECTFULLY REQUEST THIS COURT TAKE ACTION AGAINST CREDITOR AND THEIR ATTORNEY.

DATED: APRIL 8, 2019          RESPECTFULLY SUBMITTED

MICHAEL JACQUES JACOBS
800 CALLE DIVINA NE
ALBUQUERQUE, NM 87113
(505) 210-6693