IN RE:
MICHAEL JACQUES JACOBS
DEBTOR

FILED at 3:41 o'clock p M
APR 09 2019
United States Bankruptcy Court
Albuquerque, New Mexico

No. 19-10685-t13

## MOTION TO REQUEST CHANGE OF JUDGE THUMA

COMES NOW, MICHAEL JACQUES JACOBS, DEBTOR IN SUPPORT OF HIS OBJECTION TO HAVE THE HONORABLE DAVID T. THUMA ADJUDICATE HIS CHAPTER 13 CASE IN FAVOR OF CHIEF JUDGE, THE HONORABLE ROBERT H. JACOBVITZ.

DEBTOR OBJECTS TO HIS CASE BEING HEARD BY JUDGE THUMA DUE TO PREVIOUS INTERACTIONS WHICH DEBTOR DEEMS INAPPROPRIATE. DEBTOR BELIEVES THAT HE WOULD NOT BE TREATED FAIRLY BY JUDGE THUMA. BASED ON THE WAY JUDGE THUMA INTERACTED WITH DEBTOR SEVEN YEARS AGO. HE WAS DISRESPECTFUL TOWARD DEBTOR AND HE BELIEVES THE JUDGE WILL BE DISRECTFUL IN THIS CASE AS WELL. THEREFORE WOULD NOT BE TREATED FAIRLY IN ANY WAY SHAPE OR FORM. ALTHOUGH DEBTOR BEGAN TO FILE A COMPLAINT AGAINST JUDGE THUMA, HE DID NOT COMPLETE THAT ACTION. JUDGE THUMA'S REPORT WAS FILLED WITH DELIBERATE INACCURACIES.

THEREFORE DEBTOR RESPECTFULLY REQUEST THAT THE HONORABLE JUDGE JACOBVITZ ADJUDICATE THIS CASE.

DATED: 5 APRIL 2019

MICHAEL JACQUES JACOBS
800 CALLE DIVINA NE.
ALBUQUERQUE, NM 87113
(505) 220-6693