UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: MICHAEL JACQUES JACOBS ,    Case No.: 19−10685−ta13

    Debtor.

**ORDER RESULTING FROM PRELIMINARY CONFIRMATION HEARING
AND ON THE MOTION TO DISMISS FILED BY THE TRUSTEE (DOC 42)**

    This matter came before the Court on August 13, 2019 for a preliminary hearing on confirmation of the Debtor's Chapter 13 Plan and on the Motion to Dismiss filed by the Trustee (doc 42) Counsel and parties were noted on the record. Being sufficiently advised, the Court ORDERS:

1. <u>Confirmation hearing</u>. A preliminary hearing on confirmation is continued for Tuesday, September 17, 2019, at 09:00 AM, before the Honorable David T. Thuma in Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.

2. <u>Deadline to respond to the Trustee's document request</u>. Debtor shall respond to the Trustee's request for documents by (N/A).

3. <u>Deadline to file tax returns</u>. All unfiled state tax returns and tax reports shall be delivered to counsel for the State of New Mexico Taxation and Revenue Department no later than (N/A), with copies to the Chapter 13 Trustee.

4. <u>Deadline to file plan</u>. Not later than (N/A), Debtor shall file and give notice of any amendments to the Chapter 13 Plan.

5. <u>Deadline to file schedules, or other amendments</u>. Not later than August 27, 2019, Debtor shall file and give notice of any amendments to the bankruptcy schedules, or statement of financial affairs.

*[signature]*

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: 8/22/19

Copies to:
Debtor and all case participants via CM/ECF.

nm_oresultprlmconfhrg.jsp