UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

MICHAEL JACQUES JACOBS                                                  No. 19-10685-t13

    Debtor.

### ORDER RESULTING FROM HEARING ON CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

THIS MATTER came before the Court on September 19, 2019, for a preliminary hearing on Chapter 13 Trustee, Tiffany Cornejo's Motion to Dismiss, filed on May 14, 2019, doc. 42. Counsel appeared as stated on the record. Being sufficiently advised, the Court ORDERS:

1. Debtor shall file an amended chapter 13 plan by close of business on Friday, September 20, 2019.

2. In the event that Debtor fails to comply with this deadline, the Court shall enter an order dismissing this matter without further notice or hearing.

                                                Hon. David T. Thuma
                                                United States Bankruptcy Judge

Entered:  September 20, 2020

Copies to:

Tiffany M. Cornejo
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102-3111
United States Trustee

James Clay Hume
PO Box 10627
Alameda, NM 87184-0627